# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0754. KATHY RAYDEAN RODGERS v. ACE HOMES, LLC.

On January 12, 2022, we granted Kathy Rodgers an extension of time to file a brief of appellant as a courtesy. We have determined, however, that we are without jurisdiction over this matter. This case began as a dispossessory proceeding in magistrate court against Rodgers and all other occupants of a residence. Following the court's issuance of a writ of possession, Rodgers appealed to the superior court. After Rodgers failed to pay the rent she was ordered to pay into the court registry, the superior court entered a writ of possession in favor of the plaintiff, Ace Homes, LLC. Rodgers filed this direct appeal from that order.

An appeal from a superior court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.